UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8720-GW-PVCx | Date | March 4, 2024 |
|---|---|---|---|
| Title | *Los Angeles Waterkeeper v. Tell Steel, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On March 4, 2024, Plaintiff Los Angeles Waterkeeper filed a Notice of Settlement. The Court vacates all currently set dates, and sets an order to show re: settlement hearing for April 18, 2024 at 8:30 a.m. The parties are to file their consent judgment, or a joint status report by noon on April 16, 2024.

:

Initials of Preparer   JG